Form SJAD7I

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In Re: | Sean Jared Larsen and Monitana Ung | Case No.: 17–51195 SLJ 7 |
| | dba Shampoo Dolls | Chapter: 7 |
| | Debtor(s) | |

**ORDER FOR INDIVIDUAL DEBTOR(S) IN CHAPTER 7 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMSSAL OF CASE IN EVENT OF FAILURE TO COMPLY**

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☐ Declaration About an Individual Debtor's Schedules
- ☐ Schedule A/B: Property
- ☐ Schedule C: The Property You Claim as Exempt
- ☐ Schedule D: Creditors Who Have Claims Secured by Property
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims
- ☑ Schedule G: Executory Contracts and Unexpired Leases (if applicable)
- ☑ Schedule H: Your Codebtors (if applicable)
- ☐ Schedule I: Your Income
- ☐ Schedule J: Your Expenses
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy
- ☑ Chapter 7 Statement of Your Current Monthly Income
- ☑ Chapter 7 Means Test Calculation

IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the U.S. Bankruptcy Court, 280 S. First Street, Room 3035, San Jose, California 95113, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

IT IS FURTHER ORDERED the debtor(s) must provide payment advices directly to the trustee at least 7 days prior to the first date set for the meeting of creditors under 11 U.S.C. § 341. The debtor(s) is referred to the court's website for further details:http://www.canb.uscourts.gov/procedure/san–jose/order–re–filing–payment–advices. 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1), (c).

Dated: 5/22/17

By the Court:

Stephen L. Johnson
United States Bankruptcy Judge